UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| MICHAEL DANIEL GLEBA, : | BANKRUPTCY NO. 21-10502 TPA |
|     Debtor. : | |
| : | CHAPTER 13 |
| MICHAEL DANIEL GLEBA, : | |
| : | RELATED TO DOCUMENT NO. 1 |
|     Movant, : | |
| : | |
|        v. : | |
| : | |
| NO RESPONDENT. : | |

## NOTICE REGARDING FILING OF MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(e) I, Michael S. JanJanin, Esquire, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

                            Respectfully submitted,

                            QUINN, BUSECK, LEEMHUIS, TOOHEY &
                            KROTO, INC.

                            BY:   /s/Michael S. JanJanin
                                    Michael S. JanJanin, Esquire
                                    PA Id. No. 38880
                                    2222 West Grandview Boulevard
                                    Erie, Pennsylvania 16506-4508
                                    Telephone: 814-833-2222
                                    Facsimile: 814-833-6753
                                    mjanjanin@quinnfirm.com
                                    Counsel for Debtor

#1459144

America's Wholesale Lender
P.O. Box 660694
Dallas, TX 75266

America's Wholesale Lender
730 Holiday Drive
4th Floor, Building 8
Pittsburgh, PA 15220

Caitlin M. Donnelly, Esquire
KML Law Group PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

Chase
P.O. Box 15123
Wilmington, DE 19850-5123

City of Erie
Muncipal Building
626 State Street
Erie, PA 16501

Countrywide Home Loans, Inc.
MS SV-79 Document Processing
P.O. Box 10423
Van Nuys, CA 91410-0423

Discover
P.O. Box 742655
Cincinnati, OH 45274-2655

Elizabeth B. Lund
c/of David J. Rhodes, Esquire
456 West Sixth Street
Erie, PA 16507

Fay Servicing LLC
8001 Woodland Center Blvd.
Suite 100
Tampa, FL 33614

Fay Servicing LLC
425 S. Financial Place
Chicago, IL 60605

Gerald J. Villella, Esquire
731 French Street
Erie, PA 16501

John J. Shimek, Esquire
345 West Sixth Street
Erie, PA 16507

LSRMF MH Master Participation Trust II
300 Delware Avenue
9th Floor
Wilmington, DE 19801


Mortgage Electronic Registration
Systems, Inc.
P.O. Box 2026
Flint, MI 48501-2026

Nationstar Mortgage LLC d/b/a
Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

Saint Vincent Hospital
232 West 25th Street
Erie, PA 16544

U.S. Bank N.A.
Trustee/LSRMF MH Master Participation
Trust II c/of Fay Servicing LLC
P.O. Box 814609
Dallas, TX 75381-4609