Case 21-10502-TPA    Doc 22    Filed 11/18/21    Entered 11/19/21 00:38:36    Desc Imaged
Certificate of Notice    Page 1 of 3

FILED
11/16/21 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MICHAEL DANIEL GLEBA | : | Case No. 21-10502-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, not in its individual | : | Related to Document Nos. 12, 19, 20 |
| Capacity, but solely as Trustee of LSF10 | : | |
| Master Participation Trust, its successors | : | |
| And/or assigns, | : | |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL DENIAL GLEBA | : | |
| *Respondent* | : | Hearing: December 1, 2021 at 10:30 A.M. |

## ORDER SCHEDULING CONTESTED HEARING

On November 9, 2021, the Chapter 13 Trustee held the 341 Meeting of Creditors, which was concluded. Also considered at the time was the Debtor's ***Chapter 13 Plan dated September 20, 2021*** (Doc. No. 12) and the ***Objection to Confirmation of Plan*** filed by U.S. Bank Trust National Association (Doc. No. 19) ("Objection"). Apparently since the *Objection* was not resolved at the Meeting the Trustee scheduled a Conciliation Conference for January 11, 2022. In compliance with Judge Agresti's *Chapter 13 Electronic Confirmation Order Procedure* effective August 15, 2021 and procedures outlined in the eCOP Best Practices Guide, specifically the *Note* immediately following Paragraph (8) a contested hearing should have been scheduled before the Court. Therefore,

1

        *AND NOW*, this **16**<sup>th</sup> day of ***November, 2021***, it is hereby **ORDERED, ADJUDGED and DECREED** that:

        (1)    A contested hearing on the *Plan* and *Objection* is scheduled on ***December 1, 2021 at 10:30 A.M.*** at which time the parties and/or their counsel shall appear via the ***Zoom Video Conference Application*** and must comply with Judge Agresti's ***Updated Notice of Temporary Modification of Appearance Procedures***, dated and effective August 13, 2021, which can be found at https://www.pawb.uscourts.gov/sites/default/files/pdfs/tpa-proc-appearances.pdf. To participate in and to join the Zoom hearing please initiate and use the following link at least 15 minutes prior to the scheduled hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection contact Judge Agresti's Chambers at 814-464-9760.

        (2)    The Conciliation Conference previously scheduled on January 11, 2022 at 10:00 A.M. with the Chapter 13 Trustee is ***CANCELLED.***

                                              _____
                                              Thomas P. Agresti, Judge    jlm
                                              United States Bankruptcy Court

Case Administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael Daniel Gleba  
    Debtor

Case No. 21-10502-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 1  
Date Rcvd: Nov 16, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Michael Daniel Gleba, 12936 McGahen Hill Road, Waterford, PA 16441-8802 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Maria Miksich | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust mmiksich@kmllawgroup.com |
| Michael S. Jan Janin | on behalf of Debtor Michael Daniel Gleba mjanjanin@quinnfirm.com mboni@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mtrayer@quinnfirm.com;gbebko@quinnfirm.com;knottingham@quinnfirm.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4