Case 21-10502-TPA   Doc 23   Filed 12/01/21   Entered 12/01/21 15:57:33   Desc Main
Document   Page 1 of 1
FILED
12/1/21 3:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.:  21-10502-TPA |
| Michael Daniel Gleba | : | Chapter:  13 |
| *Debtor(s).* | : | |
| | : | Date:  12/1/2021 |
| | : | Time:  10:30 |

## PROCEEDING MEMO

**MATTER**     #12 Chapter 13 Plan
         #19 Objection to Confirmation of Plan by U.S. Bank Trust

**APPEARANCES:**
    Debtor:    Michael S. Jan Janin
    Trustee:    Owen Katz
    U.S. Bank Trust: Maria Miksich, Denise Carlon

**NOTES:**

Miksich:    The main concern is plan feasibility.  Our arrears are $33,000.

JanJanin:    We filed a plan with an arrearage figure.  We do not oppose the objection.

**OUTCOME:**    Objection is granted.  Continued to Status Conference with Trustee 12/14/21 at 10:30am

*[signature]*
nms