FILED
12/2/21 11:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael Daniel Gleba<br>　　　　　Debtor(s) | CHAPTER 13 |
| U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust<br>　　　　　Movant<br>　　vs.<br>Michael Daniel Gleba<br>　　　　　Respondent(s)<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondent | NO. 21-10502 TPA<br><br>Doc. no. 12, 19 |

### ORDER

AND NOW, this 2nd day of December, 2021, upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust, it is ORDERED AND DECREED that CONFIRMATION IS DENIED at this time.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Thomas P. Agresti, Bankruptcy Judge