IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 TPA |
| | : | |
| MICHAEL DANIEL GLEBA, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| U.S. BANK, NATIONAL ASSOCIATION, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MICHAEL DANIEL GLEBA; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:    /s/Michael S. JanJanin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Telephone: 814-833-2222, Extension 1045
    Direct Dial: 814-314-1051
    Facsimile: 814-833-6753
    E-Mail: mjanjanin@quinnfirm.com
    Counsel for Debtor, Michael Daniel Gleba

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 TPA |
| | : | |
| MICHAEL DANIEL GLEBA, | : | |
|    Debtor | : | HON. THOMAS P. AGRESTI |
| | : | |
| U.S. BANK, NATIONAL ASSOCIATION, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|           v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MICHAEL DANIEL GLEBA; and RONDA J. WINNECOUR, ESQUIRE, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 27, 2022.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

Ronda J. Winnecour, Esquire, Chapter 13 Trustee
**cmecf@chapter13trusteewdpa.com**

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

EXECUTED ON: January 27, 2022

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

        BY:    /s/Michael S. JanJanin
             Michael S. Jan Janin, Esquire
             PA Id. No. 38880
             2222 West Grandview Boulevard
             Erie, Pennsylvania  16506-4508
             Telephone: 814-833-2222, Extension 1045
             Direct Dial: 814-314-1051
             Facsimile: 814-833-6753
             E-Mail: mjanjanin@quinnfirm.com
             Counsel for Debtor, Michael Daniel Gleba

1493624