UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Bankruptcy No.  21-10502-TPA |
| | : | |
| Michael Daniel Gleba | : | |
|                                   Debtor | : | Chapter 13 |
| | : | |
| Fay Servicing, LLC as servicer for U.S. Bank | : | Related to Document No.  n/a |
| Trust National Association, not in its individual | : | |
| Capacity, but solely as Trustee of LSRMF MH | : | Hearing Date and Time: |
| Master Participation Trust II | : | May 4, 2022 at 9:30 am |
| Movant | : | |
| | : | |
|                    v. | : | |
| | : | |
| Michael Daniel Gleba | : | |
| Ronda J. Winnecour- Trustee | : | |
| Respondent (if none, then "No Respondent") | : | |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **April 11, 2022** in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov/procedures. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A Zoom Video Conference Hearing will be held on **May 4, 2022 at 9:30 am** before

Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16021303488, or alternatively, you may use the following: Meeting ID: 160 2130 3488. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-inCharge, at 814-464-9760. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Dated: March 25, 2022

By: _/s/ Lauren M. Moyer_
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for Movant
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

**Debtor's Counsel**
Michael S. Jan Janin, Esuire
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508
Email: mjanjanin@quinnfirm.com

**U.S. Trustee**
Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**Debtor**
Michael Daniel Gleba
12936 McGahen Hill Road
Waterford, PA 16441