FILED
5/5/22 9:19 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-10502-TPA |
| Michael Daniel Gleba | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 5/4/2022 |
| | : | Time: | 09:30 |

## PROCEEDING MEMO

**MATTER**   #36 MFRS by Fay Servicing, LLC
　　　　　　　#40 Resp. by Debtor

**APPEARANCES:**
　　Debtor:   Michael S. Jan Janin
　　Fay Servicing, LLC: (Lauren M. Moyer) Suzanne Ruschak
　　Trustee:   Ronda J. Winnecour

**NOTES:**

Ruschak:   Requesting withdrawal of Motion, request denial of Counsel's request for attorney fees. Debtor was behind with filing and is currently behind $4,000. Holding insurance funds for repairs but by request funds can be used to pay on arrears.

JanJanin:   Background of matters given.

**OUTCOME:**   Continued to June 1, 2022 at 11am

nms