UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : BANKRUPTCY NO. 21-10502 TPA |
| MICHAEL DANIEL GLEBA, | : |
|     Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| FAY SERVICING, LLC AS SERVICER FOR | : CHAPTER 13 |
| U.S. BANK TRUST NATIONAL | : |
| ASSOCIATION, NOT IN ITS INDIVIDUAL | : DATE & TIME OF HEARING: |
| CAPACITY, BUT SOLELY AS TRUSTEE OF | : |
| LSRMF MH MASTER PARTICIPATION | : TUESDAY, JUNE 14, 2022 AT 10:00 A.M. |
| TRUST II | : |
|     Movant, | : |
| | : |
| v. | : |
| | : |
| MICHAEL DANIEL GLEBA and RONDA J. | : |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : |
|     Respondents. | |

## CONSENT ORDER

AND NOW, to-wit, this ____ day of June, 2022, upon consideration of the Motion for Relief from the Automatic Stay filed by the Movant, Fay Servicing, LLC, servicer for U.S. Bank Trust National Association and upon consideration of the Answer filed by the Debtor, Michael Daniel Gleba, and upon consent of counsel for the Movant and the Debtor, it is hereby ORDERED ADJUDGED and DECREED as follows:

1. The Motion for Relief from Automatic Stay is DENIED without prejudice.

2. The Movant shall pay $2,500 in counsel fees to Michael S. Jan Janin, Esquire, 2222 West Grandview Blvd. Erie, Pennsylvania 16506 within fifteen (15) days of the date of this Order.

3. A continued conciliation conference is scheduled for Tuesday, July 12, 2022 at 11:00 a.m. for the purpose of allowing the Chapter 13 Trustee to compute the new Chapter 13

1520123

plan payment reflecting the revised mortgage payoff of $20,612.37 and the mortgage arrears of $0.00.

4. The hearing on the Motion for Sanctions which had been scheduled for Tuesday, June 14, 2022 at 10:00 a.m. is CANCELLED and no appearance is required in Erie on June 14, 2022.

                                                                         The Honorable Thomas P. Agresti
                                                                         United States Bankruptcy Judge

**Consented to:**

**QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.**

By:     */s/Michael S. JanJanin*
          Michael S. Jan Janin, Esq.
          Pa. I.D. No. 38880
          2222 West Grandview Boulevard
          Erie, PA 16506-4508
          Phone: (814) 833-2222, Ext. 1045
          Phone: (814) 314-1051 (Direct)
          Fax: (814) 833-6753
          **Email: mjanjanin@quinnfirm.com**
          Attorneys for Debtor, Michael Daniel Gleba

**FRIEDMAN VARTOLO LLP**

By:     */s/Lauren Moyer*
          Lauren Moyer, Esq.
          1325 Franklin Avenue, Suite 160
          Garden City, NY 11530
          Phone: (212) 471-5100
          Fax:    (212) 471-5150
          **Email: lmoyer@friedmanvartolo.com**
          **Email: bankruptcy@friedmanvartolo.com**
          Attorneys for Movant, Fay Servicing, LLC, servicer for U.S. Bank Trust National Association

1520123