FILED
6/3/22 12:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-10502-TPA |
| Michael Daniel Gleba | : | Chapter: | 13 |
| *Debtor(s).* | : | | |
| | : | Date: | 6/1/2022 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**  #36 Cont'd MFRS by Fay Servicing, Inc.

**APPEARANCES:**

Debtor: Michael S. Jan Janin
Trustee: Ronda J. Winnecour
Fay Servicing, Inc. Suzanne Rushak

**NOTES:**

JanJanin: Background of matters given.

Rushak: We filed the amended proof of claim.

**OUTCOME:** (11:30) An Order to Show Cause is to be issued against Lauren Moyer Counsel for Fay, US Bank who filed the claim - Lindsey Morales (letter attached to response).  Hearing to be scheduled on 6/14//22 at 10am in person hearing on sanctions. against Fay Servicing.

*[signature]*

nms