IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : BANKRUPTCY NO. 21-10502 TPA |
| MICHAEL DANIEL GLEBA, | : |
|    Debtor. | : THE HONORABLE THOMAS P. AGRESTI |
| | : |
| MICHAEL DANIEL GLEBA, | : CHAPTER 13 |
|    Movant, | : |
| | : DATE AND TIME OF HEARING: |
| v. | : Wednesday, July 27, 2022 @ 9:30 a.m. |
| | : |
| NO RESPONDENT. | : RESPONSES DUE: |
| | : July 1, 2022 |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION TO EMPLOY SPECIAL COUNSEL (Document No. 47)

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Employ Special Counsel filed June 14, 2022 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing with Response Deadline, objections to the Motion were to be filed and served no later than July 1, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: July 5, 2022

                        Respectfully submitted,

                        QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

                        BY:   /s/ Michael S. Jan Janin
                               Michael S. JanJanin, Esquire
                               PA Id. No. 38880
                               The Quinn Law Firm
                               2222 West Grandview Boulevard
                               Erie, Pennsylvania 16506-4508
                               Telephone: 814-833-2222
                               Facsimile: 814-833-6753
                               E-Mail: mjanjanin@quinnfirm.com
                               Counsel for Debtor

#1530299