# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-10502-TPA |
| | ) |
| Michael Daniel Gleba, | ) **Chapter** 13 |
| | ) |
| **Debtor.** | ) **Document No.** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Please enter the appearance of Donald R. Calaiaro and Calaiaro Valencik, as Special Counsel to Michael Daniel Gleba, Debtor in the above-captioned proceeding, and it is hereby respectfully requested that all notices be sent on behalf of Michael Daniel Gleba to the above counsel's address.

**Respectfully Submitted,**

**Dated:** July 22, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. #27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA  15222-3708**
**(412) 232-0930**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-10502-TPA |
| | ) |
| Michael Daniel Gleba, | ) **Chapter** 13 |
| | ) |
| **Debtor.** | ) **Document No.** |

### CERTIFICATE OF SERVICE OF
### Notice of Appearance and Request for Notice

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on July 22, 2022.

Michael S. Jan Janin; mjanjanin@quinnfirm.com

Office of the United States Trustee; ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour; cmecf@chapter13trusteewdpa.com

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: Electronic Notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

**EXECUTED ON:** July 22, 2022

/s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire
PA I.D. #27538
dcalaiaro@c-vlaw.com
CALAIARO VALENCIK
938 Penn Avenue, Suite 501
Pittsburgh, PA  15222-3708
(412) 232-0930**