UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 21-10502-TPA |
| | : | CHAPTER 13 |
| MICHAEL DANIEL GLEBA | : | |
|    Debtor. | : | JUDGE THOMAS P. AGRESTI |
| | : | |
| Michael DANIEL GLEBA | : | |
|    Respondent | : | Related to Docket No. 51 |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |

## CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I served the Oder Employing Special Counsel (Doc #51) on the parties at the addresses specified below or on the attached list on August 26, 2022.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was service by NEF to:

- Office of the United States Trustee  ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour  cmecf@chapter13trusteewdpa.com
- Donald R. Calaiaro on behalf of Spec. Counsel dcalaiaro@c-vlaw.com
- Lauren Moyer on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com
- Brian Nicholas on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust bnicholas@kmllawgroup.com

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail.

01548524sml

PRA Receivables
Management, LLC
PO Box 41021
Norfolk, VA 23541

ADS/Comenity/LegndPine
P.O. Box 182789
Columbus, OH 43218

Angela Gleba
1009 West 25th Street
Erie, PA 16502

Caitlin M. Donnelly, Esq
KML Law Group PC
701 Market St, #5000
Philadelphia, PA 19106-1532

Capital One Bank (USA), N.A./GM Card
P.O. Box 30281
Salt Lake City, UT 84130

Chase
P.O. Box 15123
Wilmington, DE 1985

City of Erie
Municipal Building
626 State Street
Erie, PA 16501

Comenity Bank
Bankruptcy Dept.
P.O. Box 182273
Columbus, OH 43218

Discover Card
P.O. Box 15316
Wilmington, DE 19850

Elizabeth B. Lund
c/o David J. Rhodes, Esq
456 West Sixth Street
Erie, PA 16507

Gerald J. Villella, Esquire
731 French Street
Erie, PA 16501

John J. Shimek, Esquire
345 West Sixth Street
Erie, PA 16507

JPMCB Card
P.O. Box 15369
Wilmington, DE 19850

Saint Vincent Hospital
232 West 25th Street
Erie, PA 16544

Sallie Mae
P.O. Box 3329
Wilmington, DE 19804

Dated:  August 26, 2022

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

BY:   /s/ Michael S. Jan Janin
   Michael S. Jan Janin, Esquire
   PA Id. No. 38880
   The Quinn Law Firm
   2222 West Grandview Boulevard
   Erie, Pennsylvania 16506-4508
   Telephone: 814-833-2222
   Facsimile: 814-833-6753
   E-Mail: mjanjanin@quinnfirm.com
   Counsel for Debtor

01548524sml