**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | ) **Case No.** 21-10502-GLT |
| Michael Daniel Gleba, | ) |
| **Debtor,** | ) **Chapter** 13 |
| Donald R. Calaiaro and | ) |
| Calaiaro Valencik, | ) **Related Document No.** 61-62 |
| **Movants,** | ) **Hearing Date:** 11/30/22 @ 10:00 a.m. |
| vs. | ) **Response Due:** 11/07/22 |
| No Respondent. | ) **Document No.** |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION WITHDRAW AS SPECIAL COUNSEL TO DEBTOR
- Document No. 61**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Motion to Withdraw as Special Counsel to Debtor** filed on October 20, 2022, has been received.

The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the **Motion to Withdraw as Special Counsel to Debtor** appears thereon. Pursuant to the Notice of Hearing, objections to the **Motion to Withdraw as Special Counsel to Debtor** were to be filed and served no later than November 7, 2022.

It is hereby respectfully requested that the Order attached to the **Motion to Withdraw as Special Counsel to Debtor** be entered by the Court.

**DATE:** November 8, 2022

**BY:** /s/ Donald R. Calaiaro
**Donald R. Calaiaro, Esquire**
**PA I.D. No. 27538**
dcalaiaro@c-vlaw.com
**CALAIARO VALENCIK**
**938 Penn Avenue, Suite 501**
**Pittsburgh, PA 15222-3708**
**(412) 232-0930**