IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 GLT |
| | : | |
| MICHAEL DANIEL GLEBA, | : | CHIEF JUDGE GREGORY L. TADDONIO |
|     Debtor | : | |
| | : | CHAPTER 13 |
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, | : | RELATED TO CLAIM NO. 3 |
|     Movant, | : | |
| | : | |
|         v. | : | |
| | : | |
| MICHAEL DANIEL GLEBA; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | | |
|     Respondents. | | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                      Respectfully submitted,

                      THE QUINN LAW FIRM

BY:    /s/ Michael S. Jan Janin
          Michael S. Jan Janin, Esquire
          PA Id. No. 38880
          2222 West Grandview Boulevard
          Erie, Pennsylvania  16506-4508
          Telephone: 814-833-2222, Extension 1045
          Facsimile: 814-833-6753
          E-Mail: mjanjanin@quinnfirm.com
          Counsel for Debtor, Michael Daniel Gleba

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 GLT |
| | : | |
| MICHAEL DANIEL GLEBA, | : | CHIEF JUDGE GREGORY L. TADDONIO |
|     Debtor | : | |
| | : | CHAPTER 13 |
| U.S. BANK TRUST NATIONAL | : | |
| ASSOCIATION, | : | RELATED TO CLAIM NO. 3 |
|     Movant, | : | |
| | : | |
|     v. | : | |
| | : | |
| MICHAEL DANIEL GLEBA; and | : | |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 19, 2023.

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: *Electronic Notification via the CM/ECF System.*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
- Lauren Moyer on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust at lmoyer@friedmanvartolo.com
- Brian Nicholas on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust at bnicholas@kmllawgroup.com

Dated: January 19, 2023        Respectfully submitted,
                                    THE QUINN LAW FIRM

                          BY:  /s/ Michael S. Jan Janin
                                 Michael S. Jan Janin, Esquire
                                 PA Id. No. 38880
                                 2222 West Grandview Boulevard
                                 Erie, Pennsylvania  16506-4508
                                 Telephone: 814-833-2222, Ext. 1045
                                 Facsimile: 814-833-6753
                                 E-Mail: mjanjanin@quinnfirm.com
                                 Counsel for Debtor, Michael Daniel Gleba

1589643