IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 GLT |
| | : | |
| MICHAEL DANIEL GLEBA, | : | |
|    Debtor | : | HON. JOHN C. MELARAGNO |
| | : | |
| U.S. BANK TRUST, NA | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|       v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MICHAEL DANIEL GLEBA; and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : : | |
|    Respondents. | : | |

<u>DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES</u>

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

                                          Respectfully submitted,

                                          THE QUINN LAW FIRM

BY:   /s/ Michael S. Jan Janin
         Michael S. Jan Janin, Esquire
         PA Id. No. 38880
         2222 West Grandview Boulevard
         Erie, Pennsylvania  16506-4508
         Telephone: 814-833-2222, Extension 1045
         Facsimile: 814-833-6753
         E-Mail: mjanjanin@quinnfirm.com
         Counsel for Debtor, Michael Daniel Gleba

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 GLT |
| | : | |
| MICHAEL DANIEL GLEBA, | : | |
|    Debtor | : | HON. JOHN C. MELARAGNO |
| | : | |
| U.S. BANK TRUST, NA, | : | |
|    Movant, | : | CHAPTER 13 |
| | : | |
|          v. | : | RELATED TO CLAIM NO. 3 |
| | : | |
| MICHAEL DANIEL GLEBA; and RONDA J. WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
|    Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on January 29, 2024.

    The type of service made on the parties was: *Electronic Notification via the CM/ECF System.*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov
- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com
- Denise Carlon on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust at dcarlon@kmllawgroup.com
- Lauren Moyer on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust at bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

January 29, 2024                  Respectfully submitted,
                                     THE QUINN LAW FIRM

                              BY: /s/ Michael S. Jan Janin
                                   Michael S. Jan Janin, Esquire
                                   PA Id. No. 38880
                                   2222 West Grandview Boulevard
                                   Erie, Pennsylvania 16506-4508
                                   Telephone: 814-833-2222, Ext. 1045
                                   Facsimile: 814-833-6753
                                   E-Mail: mjanjanin@quinnfirm.com
                                   Counsel for Debtor, Michael Daniel Gleba

1650127