IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 JCM |
| | : | |
| MICHAEL DANIEL GLEBA, | : | HONORABLE JOHN C. MELARAGNO |
|     Debtor | : | |
| | : | CHAPTER 13 |
| U.S. BANK TRUST, NA | : | |
|     Movant, | : | RELATED TO CLAIM # 3 |
| | : | |
|     v. | : | |
| | : | |
| MICHAEL DANIEL GLEBA; and RONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

### DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
### FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded and that there is no need to file an amended Chapter 13 Plan.

    Respectfully submitted,

    THE QUINN LAW FIRM

BY:    /s/ Michael S. Jan Janin
    Michael S. Jan Janin, Esquire
    PA Id. No. 38880
    2222 West Grandview Boulevard
    Erie, Pennsylvania  16506-4508
    Telephone: 814-833-2222, Extension 1045
    Facsimile: 814-833-6753
    E-Mail: mjanjanin@quinnfirm.com
    Counsel for Debtor, Michael Daniel Gleba

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 JCM |
| | : | |
| MICHAEL DANIEL GLEBA, | : | HON. JOHN C. MELARAGNO |
|     Debtor | : | |
| | : | CHAPTER 13 |
| U.S. BANK TRUST, NA, | : | |
|     Movant, | : | RELATED TO CLAIM NO. 3 |
| | : | |
|     v. | : | |
| | : | |
| MICHAEL DANIEL GLEBA; and RONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
|     Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on Wednesday, January 29, 2025.

The type of service made on the parties was made via *Electronic Notification via the CM/ECF System (NO PAPER COPY).*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Denise Carlon on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust at dcarlon@kmllawgroup.com

- Lauren Moyer on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust NA, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust at bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

DATED: January 29, 2025

                                      Respectfully submitted,
                                      THE QUINN LAW FIRM

                  BY:    /s/ Michael S. Jan Janin
                                    Michael S. Jan Janin, Esquire
                                    PA Id. No. 38880
                                    2222 West Grandview Boulevard
                                    Erie, Pennsylvania  16506-4508
                                    Telephone: 814-833-2222, Ext. 1045
                                    Facsimile: 814-833-6753
                                    E-Mail: mjanjanin@quinnfirm.com
                                    Counsel for Debtor, Michael Daniel Gleba

1696107