# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-10502-JCM |
| | : | | |
| Michael Daniel Gleba | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/23/2025 |
| | : | Time: | 01:30 |

## PROCEEDING MEMO

**MATTER**     #73 Trustee's Certificate of Default Requesting Dismissal of Case
               #75 Answer to Chapter 13 Trustee's Motion to Dismiss

**APPEARANCES:**

   Debtor: Michael S. Jan Janin
   Trustee: Ronda J. Winnecour

**NOTES:**

Winnecour:   I need an amended Plan payment of $560 a month for the remainder of the plan.

Jan Janin:   My client has paid the arrears, and we will pay the amount required by the Trustee beginning in October.

**OUTCOME:**   TO to be entered stating: For the reasons stated at the hearing held on September 23, 2025, the Trustee's Certificate of Default Requesting Dismissal of Case (Doc. 73) is DENIED.

SIGNED
9/23/25 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA