FORM JCM 13-3

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Michael Daniel Gleba

Case No. 21-10502-JCM

Chapter 13

Debtor(s).

Related to Doc Nos. 12 & 55

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

- ❑ a motion to dismiss case or certificate of default requesting dismissal

- ☒ a plan modification sought by: the Trustee

- ❑ a motion to lift stay
  as to creditor _____

- ❑ Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒ Chapter 13 Plan dated September 20, 2021
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

- ☒ Debtor(s) Plan payments shall be changed from $490.00 to $611.00 per month, effective November 2025; and/or the Plan term shall be changed from ___ months to ____ months.

[04/22]

-1-

FORM JCM 13-3

- ❏ In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

- ❏ Debtor(s) shall file and serve _____ on or before _____.

- ❏ If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

- ❏ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

- ☒ Other: <u>This order adjusts the plan payment in accordance with the Trustee's COD and the Court hearing held on September 23, 2025.</u>

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

[04/22]    -2-

FORM JCM 13-3

**SO ORDERED**, this <u>28th</u> day of <u>     October     </u>, 202<u>5 </u>

Dated:  <u>  October 28, 2025       </u>

<u>                              jlm          </u>
John C. Melaragno, Judge
United States Bankruptcy Court

SIGNED
10/28/25 11:00 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Stipulated by:

/s/ Michael S. Jan Janin
Michael S. Jan Janin (PA I.D. #38880)
Counsel to Debtor
Quinn Buseck Leemhuis et al
2222 W. Grandview Boulevard
Erie, PA  16506
814-833-2222
Mjanjanin@quinnfirm.com

Stipulated by:

/s/ Katherine DeSimone
Katherine DeSimone (PA I.D. #42575)
Counsel to Chapter 13 Trustee
Office of the Chapter 13 Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219
412-471-5566
kdesimone@chapter13trusteewdpa.com

cc:   All Parties in Interest to be served by Clerk

[04/22]                                                                      -3-

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10502-JCM |
| Michael Daniel Gleba | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael Daniel Gleba, 12936 McGahen Hill Road, Waterford, PA 16441-8802 |
| sp | | Donald R. Calaiaro, Calaiaro Valencik, 938 Penn Avenue, Suite 501, Pittsburgh, PA 15222-3708 |
| 15412182 | + | ADS/Comenity/LegndPine, P.O. Box 182789, Columbus, OH 43218-2789 |
| 15409596 | + | America's Wholesale Lender, P.O. Box 660694, Dallas, TX 75266-0694 |
| 15409597 | + | America's Wholesale Lender, 730 Holiday Drive, 4th Floor, Building 8, Pittsburgh, PA 15220-2748 |
| 15409598 | + | Caitlin M. Donnelly, Esquire, KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15409601 | | Countrywide Home Loans, Inc., MS SV-79 Document Processing, P.O. Box 10423, Van Nuys, CA 91410-0423 |
| 15409602 | | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 15409603 | + | Elizabeth B. Lund, c/of David J. Rhodes, Esquire, 456 West Sixth Street, Erie, PA 16507-1216 |
| 15409606 | + | Gerald J. Villella, Esquire, 731 French Street, Erie, PA 16501-1207 |
| 15409607 | + | John J. Shimek, Esquire, 345 West Sixth Street, Erie, PA 16507-1244 |
| 15409608 | + | LSRMF MH Master Participation Trust II, 300 Delware Avenue, 9th Floor, Wilmington, DE 19801-1607 |
| 15409611 | + | Saint Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 15412204 | | Sallie Mae, P.O. Box 3329, Wilmington, DE 19804-4319 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | ^ MEBN | Oct 29 2025 00:10:01 | Fay Servicing, LLC as servicer for U.S. Bank Trust, c/o Friedman Vartolo, LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2025 00:17:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15412187 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 29 2025 00:30:15 | Capital One Bank (USA), N.A./GM Card, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 15409599 | | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 29 2025 00:29:54 | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15409600 | + | Email/Text: cityoferiepayroll@erie.pa.us | Oct 29 2025 00:17:00 | City of Erie, Muncipal Building, 626 State Street, Erie, PA 16501-1128 |
| 15412190 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 29 2025 00:17:00 | Comenity Bank, Bankruptcy Dept., P.O. Box 182273, Columbus, OH 43218-2273 |
| 15412193 | | Email/Text: mrdiscen@discover.com | Oct 29 2025 00:16:00 | Discover Card, P.O. Box 15316, Wilmington, DE 19850 |
| 15410939 | | Email/Text: mrdiscen@discover.com | Oct 29 2025 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15409604 | | Email/Text: ECF@fayservicing.com | Oct 29 2025 00:16:00 | Fay Servicing LLC, 8001 Woodland Center Blvd., Suite 100, Tampa, FL 33614 |
| 15486122 | | Email/Text: ECF@fayservicing.com | Oct 29 2025 00:16:00 | Fay Servicing, LLC, P.O. Box 814609, Dallas, TX |

Case 21-10502-JCM   Doc 83   Filed 10/30/25   Entered 10/31/25 00:30:03   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 75831 |
| 15465437 | ^ | MEBN | Oct 29 2025 00:10:07 | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC, as servicer for U.S. Bank Trust N.A., 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 15409605 | ^ | MEBN | Oct 29 2025 00:10:23 | Fay Servicing LLC, 425 S. Financial Place, Chicago, IL 60605-1000 |
| 15412199 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 29 2025 00:30:19 | JPMCB Card, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 15419389 | | Email/Text: BankruptcyECFMail@mccalla.com | Oct 29 2025 00:17:00 | U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15409609 | ^ | MEBN | Oct 29 2025 00:10:06 | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15409610 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 29 2025 00:16:00 | Nationstar Mortgage LLC d/b/a, Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15430423 | | Email/Text: bnc-quantum@quantum3group.com | Oct 29 2025 00:17:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15409985 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 29 2025 00:30:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15409612 | ^ | MEBN | Oct 29 2025 00:09:34 | U.S. Bank N.A., Trustee/LSRMF MH Master Participation, Trust II c/of Fay Servicing LLC, P.O. Box 814609, Dallas, TX 75381-4609 |
| 15431154 | ^ | MEBN | Oct 29 2025 00:09:35 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank Trust National Association, not in its i |
| 15412185 | | Angela Gleba |
| cr | *P++ | MCCALLA RAYMER LEIBERT PIERCE LLC, ATTN ATTN WENDY REISS, 1544 OLD ALABAMA ROAD, ROSWELL GA 30076-2102, address filed with court:, U.S. Bank Trust National Association, not in its i, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076 |
| 15412183 | *+ | America's Wholesale Lender, P.O. Box 660694, Dallas, TX 75266-0694 |
| 15412184 | *+ | America's Wholesale Lender, 730 Holiday Drive, 4th Floor, Building 8, Pittsburgh, PA 15220-2748 |
| 15412186 | *+ | Caitlin M. Donnelly, Esquire, KML Law Group PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15412188 | * | Chase, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15412189 | *+ | City of Erie, Muncipal Building, 626 State Street, Erie, PA 16501-1128 |
| 15412191 | * | Countrywide Home Loans, Inc., MS SV-79 Document Processing, P.O. Box 10423, Van Nuys, CA 91410-0423 |
| 15412192 | * | Discover, P.O. Box 742655, Cincinnati, OH 45274-2655 |
| 15412194 | *+ | Elizabeth B. Lund, c/of David J. Rhodes, Esquire, 456 West Sixth Street, Erie, PA 16507-1216 |
| 15412195 | *P++ | FAY SERVICING LLC, P O BOX 814609, DALLAS TX 75381-4609, address filed with court:, Fay Servicing LLC, 8001 Woodland Center Blvd., Suite 100, Tampa, FL 33614 |
| 15412196 | *+ | Fay Servicing LLC, 425 S. Financial Place, Chicago, IL 60605-1000 |
| 15412197 | *+ | Gerald J. Villella, Esquire, 731 French Street, Erie, PA 16501-1207 |
| 15412198 | *+ | John J. Shimek, Esquire, 345 West Sixth Street, Erie, PA 16507-1244 |
| 15412200 | *+ | LSRMF MH Master Participation Trust II, 300 Delware Avenue, 9th Floor, Wilmington, DE 19801-1607 |
| 15412201 | * | Mortgage Electronic Registration, Systems, Inc., P.O. Box 2026, Flint, MI 48501-2026 |
| 15412202 | *+ | Nationstar Mortgage LLC d/b/a, Mr. Cooper, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 15412203 | *+ | Saint Vincent Hospital, 232 West 25th Street, Erie, PA 16544-0001 |
| 15412205 | * | U.S. Bank N.A., Trustee/LSRMF MH Master Participation, Trust II c/of Fay Servicing LLC, P.O. Box 814609, Dallas, TX 75381-4609 |

TOTAL: 2 Undeliverable, 18 Duplicate, 0 Out of date forwarding address

District/off: 0315-1 | User: auto | Page 3 of 3
Date Rcvd: Oct 28, 2025 | Form ID: pdf900 | Total Noticed: 34

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2025            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust dcarlon@kmllawgroup.com |
| Lauren Moyer | on behalf of Creditor Fay Servicing  LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| Michael S. Jan Janin | on behalf of Debtor Michael Daniel Gleba mjanjanin@quinnfirm.com mmerritt@quinnfirm.com;mtrayer@quinnfirm.com;mmartinucci@quinnfirm.com;Janin.MichaelR117420@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 5