IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 JCM |
| | : | |
| MICHAEL DANIEL GLEBA, | : | HONORABLE JOHN C. MELARAGNO |
| Debtor | : | |
| | : | CHAPTER 13 |
| U.S. BANK TRUST, NA | : | |
| Movant, | : | RELATED TO CLAIM # 3 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL DANIEL GLEBA; and RONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Respondents. | : | |

DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE
FILED IN COMPLIANCE WITH THE LOCAL RULES

I hereby certify as counsel for the Debtor that the existing Chapter 13 Plan is adequately funded

and that there is no need to file an amended Chapter 13 Plan.

Respectfully submitted,

QUINN ELDERKIN LAW FIRM

BY:     /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
456 West 6th Street
Erie, PA 16507
Telephone: 814-833-2222, Extension 358
Facsimile: 814-454-7411
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtor, Michael Daniel Gleba

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 JCM |
| | : | |
| MICHAEL DANIEL GLEBA, | : | HON. JOHN C. MELARAGNO |
| Debtor | : | |
| | : | CHAPTER 13 |
| U.S. BANK TRUST, NA, | : | |
| Movant, | : | RELATED TO CLAIM NO. 3 |
| | : | |
| v. | : | |
| | : | |
| MICHAEL DANIEL GLEBA; and RONDA J. | : | |
| WINNECOUR, CHAPTER 13 TRUSTEE, | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on February 18, 2026

The type of service made on the parties was made via *Electronic Notification via the CM/ECF System (NO PAPER COPY).*

- Office of the United States Trustee at ustpregion03.pi.ecf@usdoj.gov

- Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

- Denise Carlon on behalf of Creditor U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust at dcarlon@kmllawgroup.com

- Lauren Moyer on behalf of Creditor Fay Servicing, LLC as servicer for U.S. Bank Trust NA, not in its individual capacity, but solely as Trustee of LSRMF MH Master Participation Trust at bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

DATED: February 18, 2026

Respectfully submitted,

QUINN ELDERKIN LAW FIRM

BY:    /s/ Michael S. Jan Janin
Michael S. Jan Janin, Esquire
PA Id. No. 38880
456 West 6th Street
Erie, PA 16507
Telephone: 814-833-2222, Extension 358
Facsimile: 814-454-7411
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtor, Michael Daniel Gleba

1733777