Certificate Number: 14912-PAW-DE-039986934

Bankruptcy Case Number: 21-10502

14912-PAW-DE-039986934

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 16, 2025, at 7:37 o'clock PM EDT, Michael Gleba completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: August 16, 2025

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor