IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 21-10502 JCM |
| | : | |
| MICHAEL DANIEL GLEBA, | : | HONORABLE JOHN C. MELARAGNO |
| Debtor | : | |
| | : | CHAPTER 13 |
| MICHAEL DANIEL GLEBA, | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

**DEBTORS CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtor(s) has/have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

   _X_ The Debtor(s) is/are not required to pay any Domestic Support Obligations.

   ____ The Debtor(s) is/are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtor(s) is/are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor(s) has/have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor(s) ineligible for a discharge.

4. On October 6, 2026, at Docket 88, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

__X__ Debtor(s) carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

____ Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.

Dated: 10/8/2026

By: /s/ Michael Daniel Gleba
Debtor, Michael Daniel Gleba

Respectfully submitted,

QUINN ELDERKIN LAW FIRM

Dated: 10/8/2026

By: /s/ Michael S. Jan Janin

Michael S. Jan Janin, Esquire
PA Id. No. 38880
456 West 6th Street
Erie, PA 16507
Telephone: 814-833-2222
Telephone: 814-314-1051 (Direct)
Facsimile: 814-454-7411
mjanjanin@quinnfirm.com
Counsel for Debtor