**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 21-10502-JCM |
| | : | | |
| Michael Daniel Gleba | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/27/2026 |
| | : | Time: | 01:30 |

**PROCEEDING MEMO**

***MATTER*** #86 Trustee's Motion to Dismiss Case
#89 Response by Debtor

***APPEARANCES:***
Debtor: Michael S. Jan Janin
Trustee: Ronda J. Winnecour

***NOTES:***
Trustee: $1,699 still needed. Long term debt to take over in December.

Jan Janin: My client sent the check, I request additional time.

***OUTCOME:*** TO to be entered stating: On or before December 28, 2026, the Debtor shall remit $1,699 to the Chapter 13 Trustee in order to complete the Plan. Counsel for the Debtor shall inform the Trustee's office once payment in full has been made. Upon payment in full, the Trustee shall withdraw the Motion to Dismiss. In the event the Trustee notifies the Court that payment in full is not made by the December 28, 2026 deadline, the case will be dismissed without further notice or hearing.

SIGNED
10/27/26 3:58 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA